The case for argument is 16-2707, Vanda Pharmaceuticals v. West-Ward Pharmaceuticals Thank you.